1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:21-MJ-0185-DB |
|---|---|---|
| | ) | 2:21-MJ-0186-DB |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING PRELIMINARY** |
| | ) | **HEARING DATE** |
| ELIYEN ALEJANDO ALARCON-FLORES, and | ) | |
| JUAN JOSE VALENZUELA-BUSTAMANTE, | ) | Judge: Hon. Deborah Barnes |
| | ) | |
| Defendant. | ) | |

## STIPULATION

The United States, by and through its undersigned counsel, and the defendants, by and through their counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for Preliminary Hearing on December 17, 2021.

2. By this Stipulation, the parties now move to continue the Preliminary Hearing until **January 7, 2022**, **at 2:00 p.m**.

3. The defendants made their initial appearance on December 10, 2021.  The Preliminary Hearing was set for December 17, 2021.

4. The defendants are presently in custody pending trial in this matter.

///

///

5. On December 14, 2021, there was an electrical fire at the SMUD substation in downtown Sacramento. As a result, a large swath of downtown Sacramento lost power, including the federal courthouse and the Sacramento County Main Jail. Because of the power outage, the federal courthouse and the jail were closed to public access.

6. The defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested." Time may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The parties jointly move to exclude time within which any indictment or information shall be filed from the date of this order, through and including January 7, 2022, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

7. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**

DATED: December 16, 2021       /s/ Justin L. Lee
                               JUSTIN L. LEE
                               Assistant U.S. Attorney

DATED: December 16, 2021       /s/ Clemente Jimenez
                               CLEMENTE JIMENEZ
                               Attorney for Juan Jose Valenzuela-Bustamante
                               (as authorized on December 15, 2021)

DATED: December 16, 2021       /s/ Christina Sinha
                               CHRISTINA SINHA
                               Attorney for Eliyen Alejandro Alarcon-Flores
                               (as authorized on December 16, 2021)

## **ORDER**

IT IS SO FOUND AND ORDERED.

Dated: December 16, 2021          /s/ Deborah Barnes
　　　　　　　　　　　　　　　　　DEBORAH BARNES
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE