PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ELIYEN ALEJANDO ALARCON-FLORES, and<br>JUAN JOSE VALENZUELA-BUSTAMANTE,<br><br>　　　　　Defendant. | 2:21-MJ-0185-DB<br>2:21-MJ-0186-DB<br><br>STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING DATE<br><br>Judge: Hon. Deborah Barnes |

## STIPULATION

The United States, by and through its undersigned counsel, and the defendants, by and through their counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for Preliminary Hearing on January 7, 2022.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until January 21, 2022, at 2:00 p.m.
3. The defendants made their initial appearance on December 10, 2021. The Preliminary Hearing was set for December 17, 2021. By stipulation and order, the Preliminary Hearing was continued to the present January 7, 2022 date.
4. The defendants are presently in custody pending trial in this matter.

///

5. On December 14, 2021, there was an electrical fire at the SMUD substation in downtown Sacramento. As a result, a large swath of downtown Sacramento lost power, including the federal courthouse and the Sacramento County Main Jail. Because of the power outage, the federal courthouse and the jail were closed to public access.

6. In late 2021 and early 2022, there has been a surge in COVID-19 cases as a result of the Omicron variant.

7. The defendants understand that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested." Time may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The parties jointly move to exclude time within which any indictment or information shall be filed from the date of this order, through and including January 21, 2022, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

8. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**

DATED: January 6, 2022            /s/ Justin L. Lee
                                  JUSTIN L. LEE
                                  Assistant U.S. Attorney

DATED: January 6, 2022            /s/ Eduard Lazar
                                  EDUARD LAZAR
                                  Attorney for Juan Jose Valenzuela-Bustamante
                                  (as authorized on January 6, 2022)

DATED: January 6, 2022            /s/ Christina Sinha
                                  CHRISTINA SINHA
                                  Attorney for Eliyen Alejandro Alarcon-Flores
                                  (as authorized on January 6, 2022)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

IT IS SO FOUND AND ORDERED

Dated: January 6, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE